**No. 09-1224. Henry Ekperigin, Petitioner v. Department of Health and Human Services.**

560 U.S. 907, 130 S. Ct. 3313, 176 L. Ed. 2d 1187, 2010 U.S. LEXIS 3936.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 351 Fed. Appx. 441.